

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00436-CV

———————————————

YUNYUN SUN AND XIYUAN WU, Appellants

V.

KETURAH 'KIT' LABAT, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 25-13171-431

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Motion to Voluntarily Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 30, 2026